[No. 38506-2-I.    Division One.    June 16, 1997.]

TACOMA ELECTRIC SUPPLY, INC., *Respondent*, v.
STANDARD ELECTRIC, INC., ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 94-2-22444-1, Faith Enyeart Ireland, J., entered March 19, 1996. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 38682-4-I.    Division One.    June 16, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN
MINUS JACK, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 96-1-00357-0, James A. Noe, J., entered June 14, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 38737-5-I.    Division One.    June 16, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MACK
CLINTON WILLIAMS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 96-1-00430-4, John M. Darrah, J., entered May 20, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 38900-9-I.    Division One.    June 16, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. LEOPOLDO
P. ROCHA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 95-1-08043-6, Patricia H. Aitken, J., entered June 17, 1996. *Dismissed* by unpublished per curiam opinion.